Mark DAVIDSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64562.

Missouri Court of Appeals, Western District.

Dec. 6, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied Feb. 28, 2006.

Jeannie M. Willibey, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before SMITH, C.J., LOWENSTEIN and ELLIS, JJ.

*ORDER*

PER CURIAM.

On a plea of guilty, Davidson was convicted of attempted domestic assault in the second degree, § 564.011, RSMo 2000. Davidson appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Davidson argues that he was entitled to an evidentiary hearing on the allegations that the State did not fulfill the terms of the plea agreement and that he was denied effective assistance of counsel. Affirmed. Rule 84.16(b).